(4)

FILED
AUG - 8 2006
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br>MICHAEL HAT, aka MICHAEL HAT FARMING COMPANY,<br>　　　　Debtor. | Case No. 04-32497-B-11<br>Docket Control Nos. HLB-2, HLB-3 |
| JOHN VAN CUREN, Trustee,<br>　　　　Plaintiff,<br>vs.<br>GREAT AMERICAN INSURANCE COMPANY, MICHAEL HAT<br>　　　　Defendants. | Adv. No. 04-2481<br><br>Date: March 22, 2006<br>Time: 9:00 a.m. |
| AND RELATED COUNTERCLAIM. | |

**MEMORANDUM**

Pursuant to the order to show cause issued on March 20, 2006, after consideration of the argument received at the April 11 hearing as well as the evidence contained in the declarations filed on June 1, 2006 and June 19, 2006, for the reasons explained in the Memorandum filed May 24, 2006 as supplemented by this Memorandum, the court will assess total sanctions of

Case 04-02481    Filed 08/08/06    Doc 240

$2,664.63 against defendant Michael Hat and payable to the trustee and plaintiff, John Van Curen, and his counsel of record. These sanctions are calculated as explained below.

The plaintiff, John Van Curen, billed total fees of $332.50 preparing for the March 22 settlement conference. That conference was cancelled because defendant Michael Hat, without good cause, refused to attend the conference. The court will award only half of the amount demanded, $166.25, because the settlement conference was ultimately conducted on May 24. Thus, the time spent in preparation for the aborted conference was not completely wasted.

The court also will assess as a sanction against Mr. Hat and payable to plaintiff $278.88 for a hotel deposit forfeited by the plaintiff due to the cancellation of the settlement conference.

A total of $445.13 in sanctions will be assessed against Mr. Hat and payable to the plaintiff.

Counsel for the plaintiff, Goldberg, Stinnett, Meyers & Davis, billed total fees of $1,089 preparing for the cancelled settlement conference. The court will award only half of the amount demanded, $544.50, for the same reason that it halved the amount demanded by the plaintiff.

Counsel also billed the plaintiff $2,440 for professional services and expenses related to a response to the order to show. Of such amount, the court assesses $1,477 as a sanction against Mr. Hat. This award includes none of the amounts demanded for travel to and from the hearing on the order to show cause ($891 in fees and $102 in expenses). A telephone appearance could have been made (and was made by the other two attorneys appearing on

the matter).  The court will award as sanctions $1,477.

Counsel for the plaintiff also billed the plaintiff $198 for the time spent conferring with the court and other counsel arranging a new date for the settlement conference.  This amount will be awarded as a sanction against Mr. Hat.

Thus, Mr. Hat shall pay a total sanction of $2,219.50 to the plaintiff's counsel.

To the extent the plaintiff or his counsel may seek compensation or reimbursement from the bankruptcy estate, or the successor of the bankruptcy estate, for the services and expenses itemized in connection with the order to show cause, the amounts awarded as sanctions shall be credited against any compensation payable to it by the estate or its successor.

Given that Great America Insurance Company withdrew its request for sanctions on May 23, 2006, no sanctions will be ordered paid to it by Mr. Hat.

A separate order will be issued.

Dated: 8 August 2006

By the Court

MICHAEL S. McMANUS, Chief Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities listed at the address shown on the attached list or shown below.

Office of the US Trustee
501 I St. Ste 7-500
SACRAMENTO, CA 95814

M. Sanders
9122 Montgomery Rd #201
Cincinnati, OH 45242

Merle Meyers
44 Montgomery St #2900
San Francisco, CA 94104

Timothy Logoluso
2444 Main St #135
Fresno, CA 93721

Victoria Baker
1830 15th St
Sacramento, CA 95814

Pistoresi And Pistoresi
2444 Main St #135
Fresno, CA 93721

John Van Curen
44 Montgomery St #2900
San Francisco, CA 94104

Michael Hat
9701 Sedan Ave
Manteca, CA 95337

Dated: AUG - 9 2006

*Kelly Viller*
Deputy Clerk